The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVIN KENDALL,<br><br>    Plaintiff,<br><br>  v.<br><br>DISCOUNT TIRE CO. OF WASHINGTON, INC., a Washington corporation; BRANDON BOSTROM, an individual; and DOUG DAME, an individual,<br><br>    Defendants. | Case No. 2:22-cv-00062-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 10(g), Plaintiff Devin Kendall wishes to dismiss this case with prejudice. Plaintiff has opted not to proceed with his claims in this case. Defendants Discount Tire Co. of Washington, Inc., Brandon Bostrom, and Doug Dame, agree not to oppose dismissal or to seek their attorneys' fees and costs associated with defending this action. Accordingly, the parties, by and through their counsel, hereby stipulate that this case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

//

//

//

STIPULATION AND [PROPOSED] ORDER
FPR DISMISSAL
CASE NO. 2:22-CV-00062-JLR   - 1

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  DATED this 24th day of March, 2022.

2

3  /s/ Mark K. Davis
   Mark K. Davis, WSBA #38713
4  DETHLEFS SPARWASSER REICH
   DICKERSON, PLLC
5  100 Second Ave. S., Ste. 190
   Edmonds, WA 98020
6  P: 425.776.1352
   F. 425.776.2467
7  E: mark@detsparlaw.com

8  **Attorney for Plaintiff**

9  /s/ Aubrie D. Hicks
   Aubrie D. Hicks, WSBA #46446
10 DOBSON HICKS, PLLC
   2150 107th Street, Ste. 440
11 Seattle, WA 98133
   P: 206.492.5183
12 F: 206.691.8709
   E: aubie@dobsonhicks.com
13
   **Attorney for Plaintiff**
14

15 /s/ Anne E. Reuben
   Kellie A. Tabor, WSBA #46260
16 ktabor@littler.com
   Anne E. Reuben, WSBA #53299
17 areuben@littler.com
   Goldie A. Davidoff, WSBA #53387
18 gdavidoff@littler.com

19 LITTLER MENDELSON, P.C.
   One Union Square
20 600 University Street, Suite 3200
   Seattle, Washington  98101.3122
21 Telephone:   206.623.3300
   Facsimile:   206.447.6965
22
   **Attorneys for Defendants**
23

24

25

26

STIPULATION AND [~~PROPOSED~~] ORDER
FPR DISMISSAL
CASE NO. 2:22-CV-00062-JLR                - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington  98101.3122
206.623.3300

## ORDER

It is so ORDERED. This case is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

DATED this 25th day of March, 2022.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER
FPR DISMISSAL
CASE NO. 2:22-CV-00062-JLR                - 3

LITTLER MENDELSON, P.C.
One Union Square
600 University Street
Suite 3200
Seattle, Washington  98101.3122
206.623.3300